UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CON-WAY, INC., in its capacity as Plan Administrator of the Con-way Group Health Plan; CON-WAY GROUP HEALTH PLAN,<br><br>　　　　Defendants. | Case No. 2:14-CV-09034-BRO-MAN<br><br>**ORDER RE: RULE 41 STIPULATION FOR DISMISSAL <u>WITH PREJUDICE</u>** |

IT IS HEREBY ORDERED that pursuant to the November 25, 2015, stipulation of the parties, the above-entitled action is hereby dismissed in its entirety, **with prejudice**, pursuant to Rule 41(a)(1) of the *Federal Rules of Civil Procedure* and in accordance with the terms of these parties' written confidential settlement agreement.

The Court shall retain jurisdiction over this action for all matters relating to the parties' performance under and enforcement of the above-mentioned settlement agreement between them.

Each party shall bear its own fees and costs.

**IT IS HEREBY ORDERED**

Dated: December 1, 2015

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE